UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN GENAO,

               Plaintiff,

     -against-

5TH PRECINCT,

               Defendant.

20-CV-2834 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 7, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 5, 2019 order in *Genao v. Saint Pauls Church*, 1:19-CV-2704, 6 (S.D.N.Y. June 5, 2019), the Court dismisses the complaint without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 7, 2020
          New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge